**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 97-7176**

---

JESSE DWIGHT MIXION,

                                          Petitioner - Appellant,

      versus

ATTORNEY GENERAL OF NORTH CAROLINA; MARTIN
MCDADE, Superintendent,

                                       Respondents - Appellees.

---

Appeal from the United States District Court for the Middle District of North Carolina, at Winston-Salem. N. Carlton Tilley, Jr., District Judge. (CA-96-931-6)

---

Submitted: January 30, 1998      Decided: February 26, 1998

---

Before NIEMEYER, LUTTIG, and WILLIAMS, Circuit Judges.

---

Dismissed by unpublished per curiam opinion.

---

Jesse Dwight Mixion, Appellant Pro Se. Clarence Joe DelForge, III, OFFICE OF THE ATTORNEY GENERAL OF NORTH CAROLINA, Raleigh, North Carolina, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 1997). We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal substantially on the reasoning of the district court. Mixion v. Attorney Gen. of North Carolina, No. CA-96-931-6 (M.D.N.C. July 18, 1997). We find that the Appellant's Sixth Amendment right to confront witnesses was not violated because the State's proffered evidence was admissible under N.C. Gen. Stat. § 8C-1, Rule 803(3), and Fed. R. Evid. 803(3), a "firmly rooted" exception to the hearsay rule. See White v. Illinois, 502 U.S. 346, 356 (1992); see also State v. Cummings, 389 S.E.2d 66, 74 (N.C. 1990); State v. Faucette, 392 S.E.2d 71, 74-75 (N.C. 1990). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2